UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAJUAN DICKERSON,

     Plaintiff,                           Case No.

vs                                  Hon.

WAYNE COUNTY COMMUNITY
COLLEGE DISTRICT, and
DERRICK MUHAMMAD, individually

     Defendants.

| | |
|---|---|
| BATEY LAW FIRM, PLLC<br>SCOTT P. BATEY (P54711)<br>Attorney for Plaintiff<br>30200 Telegraph Road, Suite 400<br>Bingham Farms, MI 48025<br>(248) 540-6800 / Fax (248) 540-6814<br>sbatey@bateylaw.com | POTTER, DeAGOSTINO, O'DEA & CLARK<br>STEVEN M. POTTER (P33344)<br>ROBERT C. CLARK (P76359)<br>TREVOR S. POTTER (P84253)<br>LAYLA R. SIZEMORE (P85502)<br>Co-Counsel for Defendants<br>2701 Cambridge Court, Ste 223<br>Auburn Hills, MI 48326<br>(248) 377-1700/ Fax (248) 377-0051<br>spotter@potterlaw.com<br>rclark@potterlaw.com<br>tpotter@potterlaw.com<br>lsizemore@potterlaw.com s<br><br>THE ALLEN LAW GROUP PC<br>FLOYD ALLEN (P31260)<br>MONICA N. HUNT (P68838)<br>Attorneys for Defendant Muhammad<br>2500 Fisher Building<br>3011 West Grand Boulevard<br>Detroit, MI 48202<br>fallen@alglawpc.com<br>mhunt@alglawpc.com |

**DEFENDANT WAYNE COUNTY COMMUNITY COLLEGE DISTRICT'S
NOTICE OF REMOVAL**

*POTTER, DeAGOSTINO, O'DEA & CLARK*

NOW COMES Defendant, WAYNE COUNTY COMMUNITY COLLEGE DISTRICT, ("Defendant") by and through its attorneys, POTTER, DeAGOSTINO, O'DEA & CLARK, and files this Notice of Removal, removing Case No. 22-010540-CD from Wayne County Circuit Court to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. The grounds for removal of this lawsuit are as follows:

### Preliminary Statement of Claims

1. On or about September 6, 2022, Plaintiff Dajuan Dickerson ("Plaintiff") filed his Complaint against Wayne County Community College District ("WCCCD") and Darrick Muhammad in Wayne County Circuit Court, Case 22-010540-CD (Exhibit A, Complaint). Plaintiff's Complaint asserts a claims in violation of the Michigan Elliott-Larsen Civil Rights Act, MCL § 37.210, *et seq*., along with additional Counts asserting violation of Plaintiff's Civil Rights under 42 U.S.C. § 1983 and violation of Title IX of the Education Amendments Act of 1972, 20 U.S.C. § 1681, *et seq.,* 34 C.F.R. § 106.31. (Exhibit A).

2. Counsel for Defendant WCCCD accepted service of Plaintiff's Complaint on or about October 20, 2022.

### Venue

3. In accordance with 28 U.S.C. 1441(a), venue lies in the United States District Court for the Eastern District of Michigan because the state court action was filed within this judicial district and division.

### Grounds for Removal

4. 28 U.S.C. §1441 provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the District Court of the United states for the district and division embracing the place where such action is pending."

5.    This court has original jurisdiction over this matter pursuant to 28 U.S.C. §1331. The Plaintiff alleges violation of his Civil Rights Under 42 U.S.C. § 1983 and Title IX of the Education Amendments Act of 1972, 20 U.S.C. § 1681, *et seq.,* 34 C.F.R. § 106.31. (Exhibit A).

**Timeliness of Removal**

6.    This notice is being filed in this Court pursuant to 28 U.S.C. §1446(a) and is being filed within 30 days of receipt of service[1] by Defendant, WCCCD, of Plaintiff's Complaint.

7.    In accordance with 28 U.S.C. §1446(b)(2)(C), Counsel for Defendant WCCCD contacted Counsel for Defendant Darrick Muhammad and obtained consent to the removal of this action.

8.    All the requirements for removal being met, removal is proper pursuant to 28 U.S.C. §1441.

9.    Defendant will promptly give adverse parties written notice of the filing of this Notice of Removal as required by 28 U.S.C. §1446(d). Defendant will promptly file a copy of this Notice of Removal with the Clerk of Wayne County Circuit Court where the action is currently pending, also pursuant to 28 U.S.C. §1446(d).

10.   Pursuant Local Rule 83.11, the current action has not previously been dismissed and there are no pending or previously discontinued or dismissed companion cases in this or any other court. (Exhibit B).

WHEREFORE Defendant WCCCD, hereby removes the above captioned civil action to this Court's jurisdiction.

---

[1] Upon information and belief, Plaintiff attempted to serve Defendant WCCCD on September 16, 2022. However, this attempt did not result in proper service in accordance with the Michigan Court Rules (*See* MCR 2.105(G)). It was not until October 20, 2022 that Defendant was served with Plaintiff's Complaint through service on Counsel.

POTTER, DEAGOSTINO, O'DEA & CLARK

3

POTTER, DeAGOSTINO, O'DEA & CLARK

/s/ LAYLA R. SIZEMORE (P85502)
Attorneys for Defendant
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
Dated: October 24, 2022        (248) 377-1700
Lsizemore@potterlaw.com

**PROOF OF SERVICE**

I hereby certify that on October 24, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all participating attorneys and such filing has been served on the following non-ECF participants: Wayne County Circuit Court, through its e-filing system; Scott P. Batey, Batey Law Firm, PLLC, 30200 Telegraph Road, Suite 400 Bingham Farms, MI 48025 by electronic mail and first class mail through the U.S. Postal Service; and Monica Hunt, The Allen Law Group, 2500 Fisher Building, 3011 West Grand Boulevard, Detroit, MI 48202 by electronic mail and first class mail through the U.S. Postal Service.

/s/ LAYLA R. SIZEMORE (P85502)
Attorneys for Defendant
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
Lsizemore@potterlaw.com

POTTER, DeAGOSTINO, O'DEA & CLARK

4